# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0756. MAURICE DEWAYNE BROWN v. THE STATE.**

Charged with possession of methamphetamine, possession of marijuana, and obstruction of an officer, Maurice Dewayne Brown filed a motion to suppress the drugs found on him. At the subsequent hearing, the trial court denied the motion, but no order was entered.[1] Thereafter, Brown filed a motion for reconsideration, which was denied on March 16, 2018. Brown obtained a certificate of immediate review on March 23, and filed a notice of appeal on March 29, 2018. We lack jurisdiction over this direct appeal.

An order denying a motion to suppress is not a final appealable decision within the meaning of OCGA § 5-6-34 (a). Moreover, the denial of a motion for reconsideration is not itself directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985); see also *Mayor & Aldermen of City of Savannah v. Norman J. Bass Const. Co.*, 264 Ga. 16, 17 (1) (441 SE2d 63) (1994) (holding that an order denying a motion for reconsideration "can be the subject of an application for interlocutory appeal"). Accordingly, Brown was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b) by obtaining a certificate of immediate

---

[1] An oral order is not appealable unless it is reduced to writing, signed by the judge, and filed with the clerk. OCGA § 5-6-31; *Boynton v. Reeves*, 226 Ga. 202, 202-203 (173 SE2d 702) (1970); *Sharp v. State*, 183 Ga. App. 641, 642 (1) (360 SE2d 50) (1987).

review from the trial court within ten days and filing a timely application for interlocutory review in this Court. See OCGA § 5-6-34 (b); Court of Appeals Rule 30. Although Brown obtained a certificate of immediate review, his failure to apply for and obtain an order from this Court granting him the right to file a direct appeal deprives this Court of jurisdiction.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   12/13/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



, *Clerk.*